**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2374

MIKE ANTHONY RICHARDSON,

           Plaintiff – Appellant,

      v.

CAPTAIN JIM GRAY,

           Defendant – Appellee,

      and

CITY OF MARION; CITY OF MARION POLICE DEPARTMENT; CHIEF
WILLIE SMITH; MARION D. MULLINS; ANNETTE GARNER, as parent;
DEAN BROWN, as guardian of Marion D. Mullins,

           Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:08-cv-03539-RBH)

Submitted:  May 24, 2011            Decided:  June 2, 2011

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mike Anthony Richardson, Appellant Pro Se. Douglas Charles
Baxter, RICHARDSON, PLOWDEN & ROBINSON, PA, Myrtle Beach, South
Carolina; Michelle Parsons Kelley, RICHARDSON, PLOWDEN &

ROBINSON, PA, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Anthony Richardson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Richardson v. Captain Gray, No. 4:08-cv-03539-RBH (D.S.C. Nov. 19, 2010). We deny Richardson's motions to appoint counsel and for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED